JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. BATESON,<br><br>        Plaintiff,<br><br>  v.<br><br>MORTGAGEIT, INC.,<br>RECONTRUST COMPANY;<br>COUNTRYWIDE BANK, N.A.;<br>and DOES 1 TO 250,<br>inclusive,<br><br>        Defendants. | Case No. EDCV 08-1592-VAP<br>(PJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 28, 2009

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge